## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GHOLLAM NIKBIN,**<br><br>Plaintiff,<br><br>v.<br><br>**ISLAMIC REPUBLIC OF IRAN, et al.,**<br><br>Defendants. | Civil Action No. 04-008 (JDB) |

### ORDER

Upon consideration of the entire record, and for the reasons stated in the memorandum opinion issued on this date, it is, this 10th day of January, 2007, hereby

**ORDERED** that all claims against defendants Ali Akbar Hashemi Rafsanjani, Ali Akbar Fallahian Khuzestani, and Does 1-10 are **DISMISSED** for want of personal jurisdiction.

**SO ORDERED.**

                                               /s/ John D. Bates
                                               JOHN D. BATES
                                    United States District Judge